**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 25-1489**

———————————

THE RYAN N. RICE 2018 IRREVOCABLE TRUST,

       Plaintiff - Appellee,

   v.

REHAB.COM, LLC; CCR HOLDINGS, LLC; PATRICK NAGLE,

       Defendants - Appellants.

———————————

Appeal from the United States District Court for the District of Maryland, at Baltimore. Julie R. Rubin, District Judge.  (1:22-cv-03003-JRR)

———————————

Submitted:  May 14, 2026                              Decided:  June 11, 2026

———————————

Before KING and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

**ON BRIEF:**  Gerard P. Martin, Jeffrey M. Lichtstein, ROSENBERG MARTIN GREENBERG, LLP, Baltimore, Maryland, for Appellants.  Michael Evan Blumenfeld, NELSON MULLINS RILEY & SCARBOROUGH, LLP, Baltimore, Maryland, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Appellants appeal the district court's orders denying their motions to seal the complaint and to reconsider the denial, which were filed after the parties settled the case and the case was dismissed with prejudice. We have jurisdiction over the appeal. *See United States v. Doe*, 962 F.3d 139, 143-45 (4th Cir. 2020). We deny the motion to expand the record and limit our review to the record on appeal as defined in Fed. R. App. P. 10(a). *See United States v. Heyward*, 42 F.4th 460, 467 n.3 (4th Cir. 2022) ("Rule 10(e) 'does not grant a license to build a new record' on appeal"). We have reviewed the record and Appellants' arguments on appeal, and we find no reversible error. Accordingly, we affirm the district court's orders. *See The Ryan N. Rice 2018 Irrevocable Tr. v. Rehab.com, LLC*, No. 1:22-cv-03003-JRR (D. Md. Nov. 19, 2024; Oct. 28, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2